No. 319. FIDELITY ASSURANCE ASSOCIATION, A CORPORATION, ET AL. v. SIMS, AUDITOR OF THE STATE OF WEST VIRGINIA, ET AL. October 12, 1942. The motion to consider the petition for certiorari upon the appendices to the briefs filed in the Circuit Court of Appeals is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit is also granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. Messrs. James R. Fleming, Homer A. Holt, and T. C. Townsend for petitioners. Solicitor General Fahy and Messrs. John F. Davis, Homer Kripke, and Justin N. Reinhardt for the Securities & Exchange Commission; Mr. Ira J. Partlow, Assistant Attorney General of West Virginia, for Edgar B. Sims, Auditor, et al.; Messrs James Ward Rector, Deputy Attorney General of Wisconsin, and Rickard H. Lauritzen, Assistant Attorney General, for the Banking Commission of Wisconsin; Mr. Carl J. Stephens for Chas. R. Fischer, Commissioner of Insurance of Iowa; Mr. H. Vernon Eney for John B. Gontrum, Insurance Commissioner of Maryland; and Mr. Weldon B. White for L. H. Brooks, Trustee, et al.,—respondents. Briefs of amici curiae were filed by Mr. Orlin F. Goudy on behalf of Victor Salkeld et al. in support of the petition; and by Messrs. George F. Barrett, Attorney General of Illinois, George N. Beamer, Attorney General of Indiana, Thomas J. Herbert, Attorney General of Ohio, and J. W. Jones, Assistant Attorney General of Kentucky, in opposition to the petition.